12/04 (A0243)

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Columbia |
|---|---|
| Name (under which you were convicted): Chevalier Thompson | Docket or Case No.: 92-26-1 |
| Place of Confinement: FCI Fairton, Fairton New Jersey 08320 | Prisoner No.: 01778-000 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |

v.

MOTION

**FILED**

**FEB - 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. (a) Name and location of court that entered the judgment of conviction you:
   United States District Court For The District of Columbia
   Washington, D.C. The Honorable Royce C Lamberth

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: August 21, 1992

3. Length of sentence: 360 Months

4. Nature of crime (all counts): Count 1 - Title 21 U.S.C. § 841(a)(1) and (b)(1)(C)
   Count 2  title 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)
   Enhanced Papers filed

CASE NUMBER  1:06CV00228
JUDGE: Royce C. Lamberth
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 02/08/2006

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☒    Judge only ☐